# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Darnell Watson | No. 05-00337-MP-HCE (CVB)<br><br>**JUDGMENT AND COMMITMENT**<br>FOLLOWING REVOCATION OF **PROBATION** |

Nathan Leonardo (Appointed)
Attorney for Defendant

On October 21, 2005, the Defendant, present with counsel, appeared for sentencing for violating Title 28, A.R.S., Section §1381(A)(3): Driving Under the Influence; and Title 13, A.R.S., Section §3405(A)(1): Unlawful Use of Marijuana, Class B Misdemeanors, as charged in Violation Notices filed herein and as assimilated by Title 18, United States Code, Section 7 and 13.

> The Defendant was placed on Supervised Probation for a period of two (2) years; fined $500.00; and assessed a $20.00 special assessment fee.

On December 27, 2005, the United States Attorney filed a petition to revoke the term of supervised probation imposed.

On, February 15, 2006, the Defendant appeared with counsel and admitted allegation #B as reflected in the petition to revoke filed in this matter. The defendant waives preparation of a dispositional report and proceeds to disposition this date.

**IT IS ORDERED** that the Order of Supervised Probation imposed on the Defendant is hereby **REVOKED**, and the Defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) DAYS**, with no term of supervised probation to follow. Any remaining allegations are **DISMISSED**.

**IT IS FURTHER ORDERED** the Defendant is to receive credit for TIME SERVED.


February 15, 2006
Date of Imposition of Sentence


February 16, 2006 Nunc Pro Tunc                     _____
Dated                                                Hector C. Estrada
                                                     UNITED STATES MAGISTRATE JUDGE


Copies have been distributed to:
Captain Melanie McGhee (SAUSA); Nathan Leonardo (Appointed); Dee Mosley (PO); USM/2cc; OB; Valerie Hillmar (FLU); HCE